# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

CEDRIC CARTER,

:

    Petitioner,                               Case No. 1:98-cv-853

:        District Judge Thomas M. Rose
   -vs-                                 Magistrate Judge Michael R. Merz

BETTY MITCHELL, Warden,

:

    Respondent.

---

## RECOMMITTAL ORDER

---

       This capital habeas corpus case is before the Court on Petitioner's Objections (Doc. No. 166) to the Magistrate Judge's Post-Remand Report and Recommendations (Doc. No. 163). Respondent is permitted by Fed. R. Civ. P. 72 to file a response, but has not yet done so.

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

February 13, 2013.                                                                  \*s/***Thomas M. Rose***

                                                                                           Thomas M. Rose
                                                                     United States District Judge